# Exhibit 17

2024. Except as otherwise ordered, the parties shall complete any other discovery by July 15, 2024.

4. The parties shall file any motions in limine and any Daubert motions by August 2, 2024. Oppositions shall be filed by August 23, 2024. Replies shall be filed by September 6, 2024.

5. The parties shall submit a joint pretrial order that conforms to the Court's Individual Rules of Practice by September 20, 2024. In addition, the parties shall submit at that time:

  a. In a case to be tried to a jury, requests to charge and proposed voir dire questions. Prior to submission, the parties shall confer and seek agreement on the content of these materials. In the event that complete agreement is not reached, the materials submitted shall indicate those requests or questions that are agreed upon and, as to the others, the positions of the respective parties together with succinct statements of the reasons supporting their positions. Requests to charge shall be accompanied by a courtesy copy in electronic form in Word or Word Perfect format emailed to chambers.

  b. In any case to be tried to the Court, in lieu of the foregoing, proposed findings of fact and conclusions of law.

  c. Any motions addressed to the admissibility of evidence or other matters that should be resolved in limine.

  d. In a case to be tried to a jury, a joint proposed verdict form.

6. Any objections or responses to motions filed pursuant to paragraph 5(c) shall be filed within seven (7) days of service of the motion papers. No replies shall be filed without prior leave of Court.

7. Pretrial memoranda, which shall conform to the Court's Individual Rules of Practice, shall be filed on or before October 25, 2024. Reply memoranda will be permitted only with advance permission of the Court.

2024.

4. All notices pursuant to Rule 44.1 shall be filed by May 31, 2024. The parties shall also serve notice of intent to assert the application of any non-New York law not otherwise required by Rule 44.1 by May 31, 2024. The parties shall file any briefs on disputed issues of foreign law or choice of law by June 24, 2024. Such briefs should include reproductions of the foreign laws in dispute as well as any foreign law declarations and materials that may aid the Court's review.

5. The parties shall file any *Daubert* motions by June 21, 2024. The parties shall file any oppositions by July 5, 2024. The parties shall file any replies by July 19, 2024.

6. The parties shall file any motions *in limine* by August 15, 2024. The parties shall file any oppositions by August 26, 2024. There shall be no replies absent leave of the Court.

7. The parties shall file a joint proposed special verdict form by August 15, 2024. If the parties cannot agree entirely to a joint proposal, the plaintiff shall file that part of the proposal to which the parties agree as well as each party's proposal with respect to those parts to which the parties cannot agree by August 15, 2024.

8. The following shall govern preparation of the pretrial order:

(a) Plaintiff shall provide the following to defendants by October 22, 2024: any general provisions governing conduct of trial; brief statement of the case; proposed fact stipulations; deposition designations; exhibit list; witness list.

(b) Defendants shall provide the following to plaintiff by November 5, 2024: any proposed revisions to general provisions governing conduct of trial; objections to/revisions to brief statement of case; objections to/revisions to fact stipulations; deposition designations; objections to plaintiff's deposition designations; deposition counter designations; exhibit list; objections to plaintiff's exhibits; objections to plaintiff's witnesses.

(c) Plaintiff shall provide to defendants the following by November 19, 2024: any further proposed revisions to statement of case, factual stipulations, exhibit list, witness list; objections to deposition designations; deposition counter designations; objections to defendants' exhibits; objections to defendants' witnesses.

(d) The parties shall file a final joint pretrial order with the Court by December 2, 2024.

SO ORDERED.

Dated: April 1, 2024

_____
Lewis A. Kaplan
United States District Judge