**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 19-cv-01785, 19-cv-01867,
19-cv-01893, 19-cv-01781, 19-cv-01783, 19-cv-
01866, 19-cv-01895, 19-cv-01794, 19-cv-01865, 19-
cv-01904, 19-cv-01798, 19-cv-01869, 19-cv-01922,
19-cv-01800, 19-cv-01788, 19-cv-01870, 19-cv-
01791, 19-cv-01792, 19-cv-01928, 19-cv-01926, 19-
cv-01868, 19-cv-01929, 19-cv-01803, 19-cv-01806,
19-cv-01906, 19-cv-01801, 19-cv-01894, 19-cv-
01808, 19-cv-01810, 19-cv-01809, 19-cv-01911, 19-
cv-01898, 19-cv-01812, 19-cv-01896, 19-cv-01871,
19-cv-01813, 19-cv-01930, 19-cv-01815, 19-cv-
01818, 19-cv-01931, 19-cv-01918, 19-cv-01873, 19-
cv-01924

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING
## BRIEFING SCHEDULE FOR THE MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties

that the briefing schedule for the Motion to Dismiss filed on June 12, 2019 (D.I. 134)

(the "Motion") is modified as follows:

1.    Plaintiff Skatteforvaltningen's current June 26, 2019 deadline to submit a

response to the Motion is hereby extended sixteen (16) days up to and including July 12, 2019.

2.    Defendants'[1] deadline to submit a reply in further support of their Motion is

hereby extended by ten (10) days up to and including July 29, 2019.

---

1.    The Motion was filed by the Defendants represented by Wilmer Cutler Pickering Hale and Dorr LLP on June
12, 2019.  The Defendants represented by Kostelanetz & Fink LLP, Kaplan Rice LLP, and Dewey Pegno &
Kramarsky LLP all joined the Motion by separate Notices of Joinder filed that same day.  (D.I. 141, 143 &
144.)

This is the parties' first request to modify the briefing schedule for the Motion.

Dated: New York, New York
June 24, 2019

By: /s/ Alan E. Schoenfeld
  (*e-signed with consent*)
  Alan E. Schoenfeld
  WILMER CUTLER PICKERING HALE AND
  DORR LLP
  7 World Trade Center
  250 Greenwich Street
  New York, NY 10007
  Telephone: (212) 230-8800
  alan.schoenfeld@wilmerhale.com

*Counsel for Defendants Richard Markowitz,
Jocelyn Markowitz, Avanix Management
LLC Roth 401(K) Plan, Batavia Capital
Pension Plan, Calypso Investments Pension
Plan, Cavus Systems LLC Roth 401(K)
Plan, Hadron Industries LLC Roth 401(K)
Plan, RJM Capital Pension Plan, and Routt
Capital Pension Plan*

By: /s/ Nicholas S. Bahnsen
  (*e-signed with consent*)
  Nicholas S. Bahnsen
  KOSTELANETZ & FINK LLP
  7 World Trade Center
  New York, NY 10007
  Telephone: (212) 840-5830
  nbahnsen@kflaw.com

*Counsel for Defendants John van
Merkensteijn, III, Elizabeth van
Merkensteijn, Azalea Pension Plan, Basalt
Ventures LLC Roth 401(K) Plan, Bernina
Pension Plan, Omineca Pension Plan,
Starfish Capital Management LLC Roth
401(K) Plan, Tarvos Pension Plan, Voojo
Productions LLC Roth 401(K) Plan,
Michelle Investments Pension Plan, Remece
Investments Pension Plan, and Xiphias LLC
Pension Plan*

By: /s/ Sarah L. Cave
  Sarah L. Cave
  HUGHES HUBBARD & REED LLP
  One Battery Park Plaza
  New York, NY 10004
  Telephone: (212) 837-6000
  Fax: (212) 422-4726
  sarah.cave@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

2

By: /s/ Michelle A. Rice

   (*e-signed with consent*)
   Michelle A. Rice
   KAPLAN RICE LLP
   127 West 57th Street
   Suite 4A
   New York, NY 10019
   Telephone: (212) 333-0227
   mrice@kaplanrice.com

*Counsel for Defendants Joseph Herman,*
*David Zelman, Edwin Miller, Ronald*
*Altbach, Perry Lerner, Robin Jones, Albedo*
*Management LLC Roth 401(K) Plan,*
*Ballast Ventures LLC Roth 401(K) Plan,*
*Fairlie Investments LLC Roth 401(K) Plan,*
*Bareroot Capital Investments LLC Roth*
*401(K) Plan, Battu Holdings LLC Roth*
*401K Plan, Cantata Industries LLC Roth*
*401(K) Plan, Dicot Technologies LLC Roth*
*401(K) Plan, Vanderlee Technologies*
*Pension Plan, Cedar Hill Capital*
*Investments LLC Roth 401(K) Plan,*
*Fulcrum Productions LLC Roth 401(K)*
*Plan, Green Scale Management LLC Roth*
*401(K) Plan, Keystone Technologies LLC*
*Roth 401(K) Plan, Tumba Systems LLC*
*Roth 401(K) Plan, Crucible Ventures LLC*
*Roth 401(K) Plan, Limelight Global*
*Productions LLC Roth 401(K) Plan,*
*Plumrose Industries LLC Roth 401K Plan,*
*Roadcraft Technologies LLC Roth 401(K)*
*Plan, True Wind Investments LLC Roth*
*401(K) Plan, Eclouge Industry LLC Roth*
*401(K) Plan, First Ascent Worldwide LLC*
*Roth 401(K) Plan, Loggerhead Services*
*LLC Roth 401(K) Plan, PAB Facilities*
*Global LLC Roth 401(K) Plan, Trailing*
*Edge Productions LLC Roth 401(K) Plan,*
*Monomer Industries LLC Roth 401(K) Plan,*
*Pinax Holdings LLC Roth 401(K) Plan, and*
*Sternway Logistics LLC Roth 401(K) Plan*

3

By: /s/ Thomas E.L. Dewey
(*e-signed with consent*)
Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue – 37th Floor
New York, NY 10017
Telephone: (212) 943-9000
tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED:

Hon. Lewis A. Kaplan
United States District Judge

6/25/19

4