# Exhibit 3, Part 2

**THIS ORDER**

1.  This is a Search Order made against Elysium Global (Dubai) Limited (the "First Respondent")
    on 27 June 2018 by Justice Sir Jeremy Cooke on the application of SKAT (the Danish Customs
    and Tax Administration) (the "Applicant"). The Judge read the Affidavits listed in Schedule F
    and accepted the undertakings set out in Schedules C, D and E at the end of this order.

2.  This order was made at a hearing without notice to the First Respondent. The First
    Respondent has a right to apply to the Court to vary or discharge the order — see paragraph
    25 below.

3.  There will be a further hearing in respect of this order on 12 July 2018 (the "Return Date").

4.  If there is more than one Respondent:

    (a)    unless otherwise stated, references in this order to the "Respondent" mean both or all
           of them; and

    (b)    this order is effective against any Respondent on whom it is served or who is given
           notice of it.

5.  This order must be complied with by:

    (a)    The First Respondent;

    (b)    any director, officer, partner or responsible employee of the First Respondent; and

    (c)    any other person having responsible control of the premises to be searched.

**THE SEARCH**

6.  The First Respondent must permit the following persons:

    (a)    Mr Philip Punwar, partner at Baker Botts LLP (the "Supervising Legal Representative");

    (b)    Mr Mark Raymont, a legal representative in the firm of Pinsent Masons LLP, the
           Applicant's legal representatives;

    (c)    Mr Darren Mullins of Deloitte Professional Services (DIFC) Limited, an IT Specialist,
           together with up to 3 further IT Specialists from Deloitte Professional Services (DIFC)
           Limited; and



2