# Exhibit 3, Part 21

## SCHEDULE A

UNDERTAKINGS GIVEN TO THE COURT BY THE APPLICANT

1.  If the Court later finds that this order or carrying it out has caused loss to the First Respondent, and decides that the First Respondent should be compensated for that loss, the Applicant will comply with any order the Court may make. Further if the carrying out of this order has been in breach of the terms of this order or otherwise in a manner inconsistent with the Applicant's legal representatives' duties as officers of the Court, the Applicant will comply with any order for damages the Court may make.

2.  The Applicant will not, without the permission of the Court, use any information or documents obtained as a result of carrying out the Search Order except for the purposes of these proceedings (including adding further Respondents) or commencing or pursuing civil proceedings in relation to the same or related subject matter to these proceedings in the Dubai and English Courts.

3.  For the avoidance of doubt, the Applicant may not share any information or documents obtained as a result of carrying out the Search Order with any prosecuting authority involved in any criminal proceedings being prepared against the Respondents or related parties, including (but not limited to) Sanjay Shah.

## SCHEDULE B

| Account | Transfers | Reference in the report of Deloitte LLP exhibited to the Affidavit of Mr Fortnam dated 25 June 2018 |
| --- | --- | --- |
| Barclays (2184981) | USD 2,100,000 | Deloitte Report p.93 **[6/1599]** |
| ADIB (16755792) | USD 3,239,158 USD 13,106,940 Total: USD 16,346,098 | Deloitte Report p.93 **[6/1599]** Deloitte Report p.96 **[6/1602]** |
| ADIB (16810323) | EUR 11,470,000 | Deloitte Report p.90 **[6/1596]** |

| ADIB (17392073) | GBP 1,082,125<br><br>GBP 274,407<br><br>Total: GBP 1,356,532 | Deloitte Report p.63 **[6/1569]**<br><br>Deloitte Report p.98 **[6/1604]** |
| ADIB (17392099) | EUR 4,095,848<br><br>EUR 1,431,882<br><br>EUR 982,867<br><br>Total: EUR 6,510,597 | Deloitte Report p.61 **[6/1567]**<br><br>Deloitte Report p.66 **[6/1572]**<br><br>Deloitte Report p.69 **[6/1575]** |

**Exhibit 3**