# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002A6A01 | Stephania Pauni | First Search Order - Premises | Floor | Desktop | E1YPC05 | Dell | Optiplex 7040 | 1B75282 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 002A6A02 | Natalia Vereinina | First Search Order - Premises | Floor | Desktop | E1YPC04 | Dell | Optiplex 7040 | 6C75282 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| 002A6A03 | Unknown | First Search Order - Premises | Floor | Desktop | E1YPC06 | Dell | Optiplex 7040 | B975282 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 002A6A04 | Utkar Tagirsa | First Search Order - Premises | Floor | Desktop | E1YPC04 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154934402295 | 240.00 | 2018/06/28 |
| 002A6A05 | Sandesh Dhorme | First Search Order - Premises | Floor | Desktop | E1YPC09 | Dell | Optiplex 7040 | GH75082 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| 002A6A06 | Sandesh Dhorme | First Search Order - Premises | Floor | Pen Drive | N/A | Teta | N/A | N/A | Teta | ProductCode | 9207133502491317547 | 8.00 | 2018/06/28 |
| 002A6A07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | E1YPC01 | Dell | Optiplex 7040 | 6875282 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 002A6A08 | Claudia | First Search Order - Premises | Floor | Laptop | E1YLPT03 | Asus | UX305L | EAMCG07144443H 12M | CODV2R96G7N | SSD | S75001MX00-1L1 W7960774 | 500.00 | 2018/06/28 |
| 002A6A09 | Nagma (intern) | First Search Order - Premises | Floor | Desktop | EQU-MAG2 | Apple | Mac All-in one | CO2V2R96G7N | CODV2R96G7N | SSD | CO2V2R96G7N | 2000.00 | 2018/06/28 |
| 002A6A10 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQU-MAG6 | Apple | Macbook Pro | C02T13296GT6A | Apple | SSD | C02T013GJNAHG0X18 | 1000.00 | 2018/06/28 |
| 002A6A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | Seagate | N/A | N/A | Seagate | HDD - Backup Plus | NA75BCNP | 1000.00 | 2018/06/28 |
| 002A6A12 | Gireaa Majaradae | First Search Order - Premises | Floor | Desktop | E1YPC08 | Dell | Optiplex 7040 | CO2QW9CKGG7N | Sandisk | SSD | SP8NH76565S235 | 240.00 | 2018/06/28 |
| 002A6A13 | Marta Lis | First Search Order - Premises | Floor | Desktop | E1YPC12 | Dell | Optiplex 7040 | H875082 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| 002A6A14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC08 | Dell | Optiplex 7040 | 2H75082 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 002A6A15 | Mani Fernandes | First Search Order - Premises | Center off | Desktop | E1YPC03 | Dell | Optiplex 7040 | BC75282 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| 002A6A16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | EU1YB83 / E1YLPT22 | Dell | Optiplex 7040 | CODV2C1435875J4 12M | CODV2C1435875J4 | SSD | S000050NGG7PF | 1000.00 | 2018/06/28 |
| 002A6A17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | N/A | Apple | iPhone 7 Plus | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A19 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | EU1YC010 | Apple | Optiplex 7040 | 7D75082 | Sandisk | SSD | 154608404269 | N/A | 2018/06/28 |
| 002A6A20 | Natalia Vereinina | First Search Order - Premises | Floor | Pen Drive | N/A | Dell | N/A | N/A | Kingston | DT57G G2 | 9B4FDAE18E09 | 16.00 | 2018/06/28 |
| 002A6A21 | Puja Tiwari | First Search Order - Premises | Floor | Desktop | EQU-MAG3 | Apple | Mac All-in one | CO2V2R2G6G7N | Apple | SSD | SP8NYAGB33T010 | 2000.00 | 2018/06/28 |
| 002A6A22 | Usha Shah | First Search Order - Premises | Floor | Desktop | E1YPC07 | Dell | Optiplex 7040 | 4875082 | Sandisk | SSD | 154773402403 | 120.00 | 2018/06/28 |
| 002A6A23 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC011 | Dell | Optiplex 7040 | 8675282 | imation | DVD-R | 154976403825 | 4.70 | 2018/06/28 |
| 002A6A24 | Wali Anwar | First Search Order - Premises | Floor | Laptop | E1YLPT15 | Sony | VAIO / SVP1321A LCM | 54626038-6003861 / Service | Apple | SSD | 531YAHD023861 | 240.00 | 2018/06/28 |
| 002A6A25 | Natalia Vereinina | First Search Order - Premises | Floor | Laptop | E1YLPT19 | Asus | UX301L | N/A | N/A | N/A | N/A | 500.00 | 2018/07/01 |
| 002A6A26 | Sanjay Shah | First Search Order - Premises | Floor | Desktop | EQU-MAG1 | Apple | Mac All-in one | CO2QW2UR6G7N | CO2QW2UR6G7N | SSD | SP8NYAG873008 | 2000.00 | 2018/07/01, 2018/07/03 |
| 002A6A27 | Unknown | First Search Order - Premises | Floor | Desktop | N/A | Apple | MAC Mini | C07H714RD001 | Hitachi / Apple HDD | HDD | J2260051HHZP1C | 500.00 | 2018/07/01 |
| 002A6A28 | Unknown | First Search Order - Premises | Storage Cal | Desktop | N/A | Apple | MAC Mini | TS16B4JGPU24 | Toshiba / Apple HDD | HDD | 123X95E4T | 2000.00 | 2018/07/01 |
| 002A6A29 | Unknown | First Search Order - Premises | Storage Cal | Desktop | N/A | Unknown | Unknown | N/A | Unknown | Unknown | N/A | 500.00 | 2018/07/01 |
| 002A6A30 | Unknown | First Search Order - Premises | Storage Cal | DVD | N/A | Apple | N/A | N/A | N/A | DVD-R | N/A | 4.70 | 2018/07/01 |
| 002A6A31 | Natalia Vereinina | First Search Order - Premises | Storage Cal | Laptop | E1YLPT02 | Seagate | UX301L | EAMCG0772D03439 12M | Seagate | SSD | S75001MX00-1L1 W7960WDC | 500.00 | 2018/07/01 |
| 002A6A32 | Unknown | First Search Order - Premises | Storage Cal | Laptop | E1YLPT08 | Asus | UX301L | EDDCJG148502D1E 12M | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| 002A6A33 | Sanjay Shah | First Search Order - Premises | Storage Cal | Laptop | E1YLPT36 | Asus | UX301L | EGC1C307TSM | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 002A6A34 | Unknown | First Search Order - Premises | . | Office 365 | admin@biysumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| 002A6A35 | Rashmi / Vidha / Mani | First Search Order - Premises | . | Office 365 | asset@biysumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 002A6A36 | Sandesh Dhorme | First Search Order - Premises | . | Office 365 | cachd@biysumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 002A6A37 | Utka Shah | First Search Order - Premises | . | Office 365 | ceo@biysumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/02 |
| 002A6A38 | Unknown | First Search Order - Premises | . | Office 365 | cfo@biysumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| 002A6A39 | Stephania Pauni / UNi | First Search Order - Premises | . | Office 365 | consultant@biysumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 002A6A40 | Unknown | First Search Order - Premises | . | Office 365 | director@biysumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 002A6A41 | Wali Anwar | First Search Order - Premises | . | Office 365 | fd@biysumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.00 | 2018/07/02 |
| 002A6A42 | Multiple | First Search Order - Premises | . | Office 365 | Finance@biysumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 002A6A42 | Multiple | First Search Order - Premises | . | Office 365 | IT@biysumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Office 365 | HR@biysumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.000 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Floor | Laptop | Legal@biysumglobal.com | Asus | UX301L | F1K0CL155000SA 12M | HGST | HDD | S0A0005SG9NT8K | 1000.00 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Laptop | od@biysumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | E1YLTP06 | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.35 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/10 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | . | Network Share | . | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area / area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| DSZ46A44 | Unknown | First Search Order - Premises | | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXE1E5511CU5 | 1000.00 | 2018/08/14 |
| DSZ46A45 | Unknown | First Search Order - Premises | | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXB1A75EZXU | 1000.00 | 2018/08/17 |
| DSZ46A46 | Unknown | First Search Order - Premises | | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXE1E632K47 | 3000.00 | 2018/07/17 (Failed) |
| DSZ46A47 | Unknown | First Search Order - Premises | | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXD1E55OCP1E | 1000.00 | 2018/07/25 |
| DSZ46A48 | Sanjay Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| DSZ46A48 | Mark Fernandes | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| DSZ46A48 | Usha Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| DSZ46A48 | Sandesh Dhomne | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| DSZ46A48 | Wali Anwar | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| DSZ46A48 | Unknown_Admin | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| DSZ46A48 | Unknown_Asset | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| DSZ46A48 | Unknown_Catchall | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| DSZ46A48 | Unknown_CFO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| DSZ46A48 | Unknown_Finance | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| DSZ46A48 | Unknown_HR | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| DSZ46A48 | Unknown_Legal | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| DSZ46A48 | Unknown_QO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| DSZ46A49 | Sanjay Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| DSZ46A49 | Mark Fernandes | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| DSZ46A49 | Usha Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| DSZ46A49 | Sandesh Dhomne | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.42 | 2018/09/25 |
| DSZ46A49 | Wali Anwar | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| DSZ46A49 | Unknown_Admin | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| DSZ46A49 | Unknown_Asset | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.07 | 2018/09/25 |
| DSZ46A49 | Unknown_Catchall | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| DSZ46A49 | Unknown_CFO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| DSZ46A49 | Unknown_Finance | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| DSZ46A49 | Unknown_HR | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.39 | 2018/09/25 |
| DSZ46A49 | Unknown_Legal | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| DSZ46A49 | Unknown_QO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| DSZ46D01 | Philip Punwar | Provided by Legal Counsel | | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| DSZ46D002 | Multiple | First Search Order - Premises | | Backup and BIOS Cloud data & VM content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| DSZ46V01 | Multiple | Remote Server Collection | | DoiCraft DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| DSZ46V02 | Multiple | Remote Server Collection | | VM Export (Elysium-DC.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| DSZ46V03 | Multiple | Remote Server Collection | | Sage Server (ely-sageserv.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| DSZ46V04 | Multiple | Remote Server Collection | | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**