# Exhibit 21

## Trade Confirmation

Client                  Loggerhead Services LLC Roth 401(K) Plan
Trade Date              19/03/2015

TJM are pleased to confirm the following details of your transaction:

### Trade Details

Ticker                  NOVOB DC
Underlying              NOVO NORDISK A/S-B
ISIN                    DK0060534915
Market                  OTC
Currency                DKK
Shares                  6,847,676.00
Gross Price             341.90
Nominal                 2,341,220,424.40
Client Buy/Sell         BUY
Settlement              24/03/2015
SEDOL                   BHC8X90

This bargain has been dealt on an execution only basis by us as AGENT and as per your standing instructions will be settled/delivered to your nominated custodian.

Yours faithfully,



**Tim Jenkins**
**Managing Partner**

**E trading@tjmpartners.com | T +44 (0)20 7965 4620**

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

                                    MBJ_0011370