# Exhibit 38, Part 1

# Wells Fargo Simple Business Checking

Account number: [redacted]4333 ■ September 11, 2015 - October 9, 2015 ■ Page 1 of 3

WELLS FARGO

EDGEPOINT CAPITAL LLC ROTH 401K PLAN WM
425 PARK AVE
NEW YORK NY 10022-3506

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/11 | $50,949.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 10/9** | **$50,949.00** |
| Average ledger balance this period | $50,949.00 |

Account number: [redacted]4333
**EDGEPOINT CAPITAL LLC ROTH 401K PLAN**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| | | |
|---|---|---|
| Fee period 09/11/2015 - 10/09/2015 | Standard monthly service fee $10.00 | You paid $0.00 |

(825) Ins =2

120WE67 000086 25723512001 3 NNNNN NNNNNN NNNNN 000003 C12WEMA 007924

Account number: ████4333 ■ September 11, 2015 - October 9, 2015 ■ Page 2 of 3



---

*Monthly service fee summary (continued)*

| How to reduce the monthly service fee by $5.00 | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| Average ledger balance | $500.00 | $50,949.00 ☑ |

Monthly service fee discount(s) *(applied when box is checked)*

Online only statements ($5.00 discount)    ☑
c5c1

---

Other Wells Fargo Benefits

**Spread some joy with customizable Wells Fargo Visa® Gift Cards**

**Order early and have your shipping fees waived for bulk orders of 25 cards or more**

Wells Fargo Visa Gift Cards make great holiday gifts for your employees and allow you to:
- Customize the cards with a message or your company name.
- Choose any denomination between $25 and $500.
- Give with confidence, knowing the money never expires.

Get started on your holiday shopping today! Order your gift cards online at wellsfargo.com/giftcard.    **Offer valid from October 19, 2015 through November 20, 2015.**

 # IMPORTANT ACCOUNT INFORMATION

---

Good News! Effective October 22, 2015, you will have quicker access to funds from your check deposits. All or a portion of your check deposits may be immediately available for your use on the day of deposit. You can use those funds to withdraw cash, complete transfers and make debit card transactions.

**Amendment to our Funds Availability Policy**

Our policy is to make the first $400 of a business day's check deposits to your checking or savings account available to you on the day we receive the deposits. Check deposits not receiving such availability on the business day (typically Monday-Friday) we receive the deposits, will receive availability on the first business day after the day we receive your deposits.

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit. If we are not going to make all funds from your deposit available on the business day of deposit or the first business day, we will notify you at the time you make your deposit. We will also tell you when the funds will be available.

KLUGMAN00003522



WELLS
FARGO

## General statement policies for Wells Fargo Bank

■ Notice: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . $ ________

ADD

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ________
$ ________
$ ________
+ $ ________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ________

CALCULATE THE SUBTOTAL

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ________

SUBTRACT

C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . - $ ________

CALCULATE THE ENDING BALANCE

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . $ ________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

L2DWE67 000086 267235120013 NNNNN NNNNN NNNNN 000005 CL2WEMA 007926

# Wells Fargo Simple Business Checking

Account number: [redacted]4333 ■ August 12, 2015 - September 10, 2015 ■ Page 1 of 3

EDGEPOINT CAPITAL LLC ROTH 401K PLAN WM
425 PARK AVE
NEW YORK NY 10022-3506

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

The Wells Fargo Mobile App is now available in Spanish!

You can securely manage your finances virtually anytime, anywhere in Spanish.
Once you have downloaded the latest version of the Wells Fargo Mobile App from Google Play or the Apple App Store, go to Mobile Settings and set your language preference to Spanish.

## Activity summary

| | |
|---|---|
| Beginning balance on 8/12 | $50,949.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 9/10** | **$50,949.00** |
| Average ledger balance this period | $50,949.00 |

Account number: [redacted]4333
**EDGEPOINT CAPITAL LLC ROTH 401K PLAN**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

L2DIVE67 000086 26723512001 3 NNNNN NNNNN NNNNNN 000006 C1 2MEMA 00/927

(825)

**WELLS FARGO**

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/12/2015 - 09/10/2015 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to reduce the monthly service fee by $5.00 | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $50,949.00  |

Monthly service fee discount(s) *(applied when box is checked)*

Online only statements ($5.00 discount)    ☑
CHCI

KLUGMAN00003525

WELLS FARGO

## General statement policies for Wells Fargo Bank

■ Notice: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . $ ________

ADD

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ________
$ ________
$ ________
+ $ ________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ________

CALCULATE THE SUBTOTAL

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ________

SUBTRACT

C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ________

CALCULATE THE ENDING BALANCE

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . $ ________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

L2DWE67 000086 28723512013 NNNNN NNNNN NNNNNN 000008 CL2WEMA 007929

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

Account number: [redacted]4333 ■ July 10, 2015 - August 11, 2015 ■ Page 1 of 3

EDGEPOINT CAPITAL LLC ROTH 401K PLAN WM
425 PARK AVE
NEW YORK NY 10022-3506

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)
*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

12DNM67 000086 26/72351200013 NNNNN NNNNN NNNNNN 000009 CL2NFMA 007030

The Wells Fargo Mobile App is now available in Spanish!

You can securely manage your finances virtually anytime, anywhere in Spanish.
Once you have downloaded the latest version of the Wells Fargo Mobile® App from Google Play or the Apple App Store, go to Mobile Settings and set your language preference to Spanish.

## Activity summary

| | |
|---|---|
| Beginning balance on 7/10 | $50,949.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 8/11** | **$50,949.00** |
| Average ledger balance this period | $50,949.00 |

Account number: [redacted]4333
**EDGEPOINT CAPITAL LLC ROTH 401K PLAN**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

(825)

Account number: ████ 4333  ■ July 10, 2015 - August 11, 2015  ■ Page 2 of 3



---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/10/2015 - 08/11/2015 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to reduce the monthly service fee by $5.00 | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $50,949.00 ☑ |

Monthly service fee discount(s) *(applied when box is checked)*

Online only statements ($5.00 discount)  

C1/C1

1720M547 002005 2097225120013  NNNNN NNNNN NNNNN 01000 122M2G0 WNNNNN

160T031

Account number: ████4333  ■ July 10, 2015 - August 11, 2015  ■ Page 3 of 3

**WELLS FARGO**

---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your      $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount   $  |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

Account number: [redacted]4333 ■ June 10, 2015 - July 9, 2015 ■ Page 1 of 3

WELLS FARGO

EDGEPOINT CAPITAL LLC ROTH 401K PLAN
425 PARK AVE
NEW YORK NY 10022-3506

WM

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)
*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/10 | $985.00 |
| Deposits/Credits | 849,980.00 |
| Withdrawals/Debits | - 800,016.00 |
| **Ending balance on 7/9** | **$50,949.00** |
| Average ledger balance this period | $170,958.60 |

Account number: [redacted]4333
EDGEPOINT CAPITAL LLC ROTH 401K PLAN
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

120IWF67 000086 267235120013 NNNNN NNNNN NNNNNN 000012 CL2WE.MA 007933

(825)

WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/18 | | WT Swf027274169 Barclays Bank Pl /Org=Solo Capital Partners LLP Usd Srf# Swf027274169 Trn#150618065591 Rfb# Pet699392169 | 849,980.00 | | |
| 6/18 | | Wire Trans Svc Charge - Sequence: 150618065591 Srf# Swf027274169 Trn#150618065591 Rfb# Pet699392169 | | 16.00 | 850,949.00 |
| 6/23 | | Withdrawal Made In A Branch/Store | | 800,000.00 | 50,949.00 |
| **Ending balance on 7/9** | | | | | **50,949.00** |
| Totals | | | $849,980.00 | $800,016.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/10/2015 - 07/09/2015 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee. | | |
| **How to reduce the monthly service fee by $5.00** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $170,959.00 ☑ |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Online only statements ($5.00 discount) ☑

C1/C1

12DNF67 000086 2672351200013 NNNNN NNNNN NNNNNN 0000013 CL2N'EMA C07934

WELLS FARGO

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . $ ________

ADD

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ________
$ ________
$ ________
\+ $ ________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ________

CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ________

SUBTRACT

C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ________

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ ________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

I2DWE67 000096 2672351200I3 NNNNN NNNNN NNNNN 000014 CL2WEMA 007935

# Wells Fargo Simple Business Checking

Account number: [redacted]4333 ■ May 12, 2015 - June 9, 2015 ■ Page 1 of 3

WELLS FARGO

EDGEPOINT CAPITAL LLC ROTH 401K PLAN WM
425 PARK AVE
NEW YORK NY 10022-3506

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)
*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/12 | $985.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 6/9** | **$985.00** |
| Average ledger balance this period | $985.00 |

Account number: [redacted]4333
**EDGEPOINT CAPITAL LLC ROTH 401K PLAN**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/12/2015 - 06/09/2015 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

120WE67 000086 26723512001 3 NNNNN NNNNN NNNNNN 000015 CL2WE-MA 0079385

Account number:  ▓▓▓▓ 4333  ■ May 12, 2015 - June 9, 2015  ■ Page 2 of 3

**WELLS FARGO**

---

*Monthly service fee summary (continued)*

Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to reduce the monthly service fee by $5.00 | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $985.00 ☑ |

Monthly service fee discount(s) *(applied when box is checked)*

Online only statements ($5.00 discount)      ☑
CHCI

 **IMPORTANT ACCOUNT INFORMATION**

In an effort to communicate urgent account information more quickly, we are changing the way we deliver account notices to Online Banking customers for whom we have a valid email address. Starting in June, we will begin to deliver some account notices to you via email and a copy will also be placed in your Wells Fargo Online secure inbox. These email notices will arrive up to three (3) days faster than paper notices.



Account number: ▇▇4333 ■ May 12, 2015 - June 9, 2015 ■ Page 3 of 3


WELLS FARGO

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

### ADD

B. Any deposits listed in your          $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

### SUBTRACT

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

L20XL67 000086 267235 V26V13 \WWWW \WWWW \WWWWW 020017 0120EMA

00/939

KLUGMAN00003535

# Wells Fargo Simple Business Checking

Account number: [redacted]4333 ■ April 10, 2015 - May 11, 2015 ■ Page 1 of 3

WELLS FARGO

EDGEPOINT CAPITAL LLC ROTH 401K PLAN
425 PARK AVE
NEW YORK NY 10022-3506

WM

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/10 | $937.00 |
| Deposits/Credits | 48.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 5/11** | **$985.00** |
| Average ledger balance this period | $985.00 |

Account number: [redacted]4333
**EDGEPOINT CAPITAL LLC ROTH 401K PLAN**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(825) ins =3

12DNE67 000086 26723512003 NNNNN NNNNN NNNNNN 000018 C12NEMA 107939

KLUGMAN00003536

Account number: ▇▇▇4333 ■ April 10, 2015 - May 11, 2015 ■ Page 2 of 3

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 4/22 | | Monthly Service Fee Reversal | 12.00 | | |
| 4/22 | | Monthly Service Fee Reversal | 12.00 | | |
| 4/22 | | Monthly Service Fee Reversal | 12.00 | | |
| 4/22 | | Monthly Service Fee Reversal | 12.00 | | 985.00 |
| Ending balance on 5/11 | | | | | 985.00 |
| Totals | | | $48.00 | $0.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/10/2015 - 05/11/2015 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee. | | |

| How to reduce the monthly service fee by $5.00 | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | 1985.00 ☑ |

Monthly service fee discount(s) *(applied when box is checked)*

Online only statements ($5.00 discount)                    ☑
CU01

 **IMPORTANT ACCOUNT INFORMATION**

In an effort to communicate urgent account information more quickly, we are changing the way we deliver account notices to Online Banking customers for whom we have a valid email address. Starting in June, we will begin to deliver some account notices to you via email and a copy will also be placed in your Wells Fargo Online secure inbox. These email notices will arrive up to three (3) days faster than paper notices.

KLUGMAN00003537

WELLS FARGO

## General statement policies for Wells Fargo Bank

■ Notice: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . $ ________

**ADD**

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ________
$ ________
$ ________
+ $ ________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ________

**SUBTRACT**

C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . $ ________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

IZDWE67 000086 26/235120013 NNNNN NNNNN NNNNNN 000020 CL2WEMA 007941

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Checking

Account number: [redacted]4333 ■ March 11, 2015 - April 9, 2015 ■ Page 1 of 3

EDGEPOINT CAPITAL LLC ROTH 401K PLAN
425 PARK AVE
NEW YORK NY 10022-3506

WM

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/start/business-planning

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/11 | $949.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 4/9** | **$937.00** |
| Average ledger balance this period | $949.00 |

Account number: [redacted]4333
**EDGEPOINT CAPITAL LLC ROTH 401K PLAN**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

L20NE67 000086 26723512001З NNNNN NNNNN NNNNNN 000021 CL2WEMA 007942

(825)