# KEKER
# VAN NEST
# & PETERS

**MEMO ENDORSED**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Elliot R. Peters**
(415) 676-2273
epeters@keker.com

October 17, 2024

*Denied.*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

10/22/24

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

Re:    In re Customs and Tax Administration of the Kingdom of Denmark
       (Skatteforvaltningen) Tax Refund Scheme Litigation, 18-md-2865 (LAK)
       18CV4434, 18CV4833, 18CV7824, 18CV7827, 18CV7828, 18CV7829, 19CV1781,
       19CV1783, 19CV1785, 19CV1788, 19CV1791, 19CV1792, 19CV1794, 19CV1798,
       19CV1800, 19CV1801, 19CV1803, 19CV1806, 19CV1808, 19CV1809, 19CV1810,
       19CV1812, 19CV1813, 19CV1815, 19CV1818, 19CV1865, 19CV1866, 19CV1867,
       19CV1868, 19CV1869, 19CV1870, 19CV1871, 19CV1873, 19CV1893, 19CV1894,
       19CV1895, 19CV1896, 19CV1898, 19CV1904, 19CV1906, 19CV1911, 19CV1918,
       19CV1922, 19CV1924, 19CV1926, 19CV1928, 19CV1929, 19CV1930, 19CV1931,
       19CV10713, 21CV5339

Dear Judge Kaplan,

Defendant Michael Ben-Jacob submits this request in response to Plaintiff Skatteforvaltningen's
("SKAT") Response to Defendants' Offers of Proof Regarding an Advice of Counsel Defense.
ECF No. 1215. SKAT's Response makes clear that it is intending to itself offer certain evidence
reflecting the involvement of attorneys, object to other such evidence, and request a limiting
instruction with respect to other categories of such evidence, but it provides no further
specificity. SKAT's straddling on these issues injects confusion as to the specific evidence it
seeks to admit, exclude, or have admitted for a limited purpose, making the Court's job in
assessing the admissibility of that evidence extremely difficult. Ben-Jacob thus respectfully
requests that the Court order SKAT to submit an Offer of Proof making clear what evidence
"pertaining to the presence or involvement of attorneys or legal advice received" it proposes to
introduce at trial, what evidence it proposes be admitted only for a limited purpose, and what it
proposes to exclude.